IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KEVIN RANDELL BIGGERS                                                PLAINTIFF
ADC #155966

v.                         No: 1:17-cv-00101 JLH-PSH

JOSH WALLS, *et al.*                                                 DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 17th day of January, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE